# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 30, 2012

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

143720 & (61)

GORDON SCOTT DITTMER,
   Petitioner-Appellant,

v

                SC: 143720
                COA: 298997
DEPARTMENT OF CORRECTIONS,   Court of Claims: 09-000126-MP
DEPARTMENT OF CORRECTIONS
DIRECTOR, ST. LOUIS CORRECTIONAL
FACILITY WARDEN, ST. LOUIS
CORRECTIONAL FACILITY DEPUTY
WARDEN, and ST. LOUIS CORRECTIONAL
FACILITY CORRECTIONS OFFICER,
     Respondents-Appellees.
_____/

   On order of the Court, the application for leave to appeal the June 16, 2011 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion to remand is DENIED.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 30, 2012

_____
Clerk

d0123